Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Thomas J. Hanlon
Assistant United States Attorneys
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 12 2023

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MIGUEL ANGEL VIEYRA-GARCIA,<br><br>  Defendant. | 1:23-CR-2053-SAB<br><br>INDICTMENT<br><br>18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of Ammunition<br><br>18 U.S.C. § 924(d), 28 U.S.C.<br>§ 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

On or about December 27, 2022, in the Eastern District of Washington, the Defendant, MIGUEL ANGEL VIEYRA-GARCIA, knowing of his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, ammunition, to wit: three rounds of Blazer, caliber: 9 millimeter Luger ammunition, which ammunition had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 1

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated herein by this reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, Defendant, MIGUEL ANGEL VIEYRA-GARCIA, shall forfeit to the United States of America, any ammunition involved or used in the commission of the offense, including, but not limited to:

- three rounds of Blazer, caliber: 9 millimeter Luger ammunition

DATED this 12 day of September, 2023.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

Thomas J. Hanlon
Assistant United States Attorney

INDICTMENT – 2