# CHARGES AND PENALTIES

**CASE NAME:** Miguel Angel Vieyra-Garcia     **CASE NO.** 1:23-CR-2053-SAB

TOTAL # OF COUNTS: 1    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 922(g)(1), 924(a)(8) | Felon in Possession of Ammunition | CAG not more than 15 years imprisonment; and/or $250,000 fine; 3 years supervised release; and a $100 special penalty assessment |
|  | 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) | Forfeiture Allegations |  |