PROB 12C
(6/16)

Report Date: May 30, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 30, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Miguel Angel Vieyra-Garcia          Case Number: 0980 1:23CR02053-SAB-1

Address of Offender:                    Yakima, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 20, 2024

Original Offense:    Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1), and 924(a)(8)

Original Sentence:   Prison - 24 months            Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: Thomas J. Hanlon              Date Supervision Commenced: May 23, 2025

Defense Attorney:    Gregory L. Scott              Date Supervision Expires: May 22, 2028

## PETITIONING THE COURT

To issue a warrant.

Mr. Vieyra-Garcia's conditions of supervised release were reviewed with him on May 27, 2025. Mr. Vieyra-Garcia signed his conditions of supervised release, acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: Mr. Vieyra-Garcia is considered to be in violation of his supervised release by consuming marijuana on or before May 28, 2025.<br><br>On May 28, 2025, Mr Vieyra-Garcia provided a presumptive positive drug test for the presence of marijuana. Initially, Mr. Vieyra-Garcia denied consuming marijuana; however, at the conclusion of the home visit, Mr. Vieyra-Garcia admitted to consuming marijuana after he released from the Bureau of Prisons (BOP) on May 23, 2025. |
| 2 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

Prob12C
**Re: Vieyra-Garcia, Miguel Angel**
**May 30, 2025**
**Page 2**

      **Supporting Evidence**: Mr. Vieyra-Garcia is considered to be in violation of his supervised release by consuming fentanyl and methamphetamine on or before May 28, 2025.

      On May 28, 2025, Mr. Vieyra-Garica provided a presumptive positive drug test for the presence of fentanyl and methamphetamine. Mr. Vieyra-Garcia denied consuming any controlled substance except for marijuana since his release from BOP. The drug test was sent to Alere Toxicology Services for testing.

      On May 29, 2025, Mr. Vieyra-Garcia admitted to consuming fentanyl and methamphetamine on May 28, 2025. He is working with Triumph Treatment Services to develop a plan to start inpatient treatment at James Oldham Treatment Center and he has a tentative bed date on June 2, 2025.

3      **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed

      **Supporting Evidence**: Mr. Vieyra-Garica is alleged to have violated his supervised release conditions by failing to report to probation on May 30, 2025, by 10 a.m. as directed.

      On May 29, 2025, this officer directed Mr. Vieyra-Garica to report to the probation office at 10 a.m. to develop a plan for him to maintain his sobriety until he starts inpatient treatment. Mr. Vieyra-Garica failed to show up by 10 a.m. as directed and he failed to contact this officer to explain why he could not report.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 30, 2025

s/Phil Casey

Phil Casey
U.S. Probation Officer

Prob12C
Re: Vieyra-Garcia, Miguel Angel
May 30, 2025
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

5/30/2025
Date