PROB 12C
(6/16)

Report Date: August 5, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 06, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Miguel Angel Vieyra-Garcia | Case Number: 0980 1:23CR02053-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮ Yakima, Washington 98901 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: August 20, 2024 | |
| Original Offense: Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1), and 924(a)(8) | |
| Original Sentence: Prison - 24 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Thomas J. Hanlon | Date Supervision Commenced: May 23, 2025 |
| Defense Attorney: Craig D. Webster | Date Supervision Expires: May 22, 2028 |

## PETITIONING THE COURT

To incorporate the alleged violation with the violations previously reported to the Court on May 30, 2025.

Mr. Vieyra-Garcia's conditions of supervised release were reviewed with him on May 27, 2025. Mr. Vieyra-Garcia signed his conditions of supervised release, acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: Mr. Vieyra-Garcia is considered to be in violation of his supervised release by possessing fentanyl and methamphetamine on July 31, 2025.<br><br>According to the Yakima Police Department (YPD) incident # 25Y024358, the following occurred:<br><br>On July 31, 2025, at approximately 7:16 a.m., YPD received information that Mr. Vieyra-Garcia was in the area of the 200 block of South Naches Avenue in Yakima, Washington. YPD contacted and arrested Mr. Vieyra-Garcia who was wearing a black mask and a shirt around his head. He also had a hat on with a blue blanket covering him as he walked.<br><br>YPD searched Mr. Vieyra-Garcia incident to arrest. During the search, YPD located a small rubber container that was shaped like a mushroom in Mr. Vieyra-Garcia's left pants pocket. The container contained a white powder along with chunks of the same white substance. |

Prob12C
Re: Vieyra-Garcia, Miguel Angel
August 5, 2025
Page 2

YPD recognized the substance as fentanyl. YPD also searched the reusable grocery bag that Mr. Vieyra-Garcia was carrying and discovered a small digital scale, several pieces of foil, one with a straw sticking out of it, and several other straws, which are commonly used to consume controlled substances.

In one of the small pieces of foil there was a white powdered substance that YPD recognized as fentanyl. The bindle weighed .4 grams. In the other small piece of foil, there was .7 grams of a white crystal like substance that tested positive for methamphetamine.

Based on YPD's training and experience, they believed Mr. Vieyra-Garcia was distributing controlled substances. Mr. Vieyra-Garcia had a scale, individually packaged drugs, and another container with a larger amount of fentanyl. The amount of fentanyl he had on his person was not the amount for personal use.

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition with the violations previously reported to the Court. Mr. Vieyra-Garcia is scheduled to appear for an initial appearance before a Magistrate Judge on August 8, 2025, in Yakima, Washington.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 5, 2025

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

8/6/2025
Date